**Ted Machi & Associates**

1521 N Cooper

Ste 550

Arlington

TX 76011

Phone: (817) 335-8880

Bar Number: 24041409

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| IN RE: | § | |
|---|---|---|
| (H) **Michael Ray Cowan** | § | CASE NO: **05-41951-RFN-13** |
| (W) | § | |
| Debtor(s) | § | |
| | § | |

FOR CLERK'S USE ONLY

## DEBTOR'S PRELIMINARY CHAPTER 13 PLAN        DATED: _3/10/2005_____.

**TRUSTEE'S NOTES:**

| | | | |
|---|---|---|---|
| | | Date Case Filed | **2/28/2005** |
| | | Type of Payment<br>1=Annual, 2=Semi-Annual<br>4=Quarterly, 12=Monthly | **12** |
| | | First Payment Due | **4/14/2005** |
| H&W Monthly Take Home Pay | **$25,200.00** | Periodic Payment Amount | **$4,000.00** |
| Less Expenses | **$21,031.70** | Number of Plan Payments | **59 months** |
| Equals Surplus | **$4,168.30** | Equals Base Plan Amount | **$236,000.00** |
| | | Calculated Amount | **$236,000.00** |

| | | | |
|---|---|---|---|
| Total Debtor Attorney Fees | **$2,500.00** | Noticing Fees: # of Notices X 1<br>The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | **14** |
| Attorney Fees paid by Trustee<br>(Gross amount paid including interest, if any) | **$1,000.00** | Rate | **$1.05** |
| Total Filing Fees of__$194.00__ with | **$0.00**<br>paid by Trustee | Total Noticing Fees | **$14.70** |

## HOME MORTGAGE:

Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on_____**N/A**_____.

Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| **(None)** | | | | | | |

## SECURED CREDITORS:

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Chase Mortgage | 617 Averett Road, Kennedale, TX 7606 | $298,363.12 | $413,200.00 | 0% | N/A | N/A | 0 | $3,086.87 (Direct) |
| Countrywide Home Loans | House and lot 3120 Westcliff Road W. | $368,840.00 | $339,300.00 | 6.99% | N/A | N/A | 0 | $2,672.03 (Direct) |
| Homeq Servicing Corporation | 101 Village Street, Kennedale, TX 7606 | $161,323.48 | $134,600.00 | 0% | N/A | N/A | 0 | $1,296.05 (Direct) |
| Land Rover Financial | 1999 Range Rover | $20,000.00 | $13,500.00 | 0% | N/A | N/A | 0 | $0.00 (Direct) |
| Select Portfolio Servicing | 617 Averett Road, Kennedale, TX 7606 | $19,764.00 | $114,836.88 | 0% | N/A | N/A | 0 | $419.67 (Direct) |

*CD....... 0 = Direct or Surrender, 1 = Paid by Trustee   (Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H)  **Michael Ray Cowan**
(W)
(C#)  **05-41951-RFN-13**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 2*

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Credit Union of Texas | Automobile lease | Assumed | No |

## PRIORITY CREDITORS:

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Internal Revenue Service | $0.00 | $76,826.00 | 0% | 1-22 | 22 | Pro-Rata |

## SPECIAL CLASS UNSECURED CREDITORS:

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## GENERAL UNSECURED CREDITORS:

The general unsecured creditors, listed below, will receive an estimated ____**100%**__ of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| Bank One | | $25,042.98 |
| Cessna Finance Corporation | | $0.00 |
| CitiBank | | $17,500.00 |
| Hinson Hazelwood Student Loan | | $17,000.00 |
| Textron Financial Corp. | | $75,000.00 |

Total Unsecured Debt ---> **$134,542.98**

The total of all unsecured debt, including deficiencies is _____**$134,542.98**__ with _____**$134,560.77**__ paid to the unsecured creditors.

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Michael Ray Cowan**
(W)
(C#) **05-41951-RFN-13**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 3*

## COMPUTATION OF REQUIRED PLAN PAYMENTS:

|  | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---|---|
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $14.70 | $14.70 |
| Debtor Attorney Fees | $1,000.00 | $1,000.00 |
| Home Mortgage Arrears | $0.00 | $0.00 |
| Secured Claims | $0.00 | $0.00 |
| Priority Claims | $76,826.00 | $76,826.00 |
| Special Class Unsecured Claims | $0.00 | $0.00 |
| General Unsecured Claims | $134,542.98 | $134,560.77 |
| **Totals** | **$212,383.68** | **$212,401.47** |

| With Zero to Unsecureds | $101,439.23 | Trustee Fees 10 % of Total Payments (less filing & noticing fees) | $23,598.53 |
|---|---|---|---|
| Base Plan Amount | $236,000.00 |  |  |
| Available for Unsecureds | $134,560.77 | Total Payments Total distribution + Trustee Fees + Filing & Notice Fees | $236,000.00 |
| Unsecured Percentage Computed on Base Plan Amount | 100% | Required Periodic Payment to Achieve Unsecured Percentage | $4,000.00 |

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Michael Ray Cowan**
(W)
(C#) **05-41951-RFN-13**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 4*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

    Tim Truman
    6851 N.E. Loop 820
    Suite 300
    Ft. Worth, TX 76180-6608

and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED:_____

    **/s/ Eric A. Maskell**_____
    **Eric A. Maskell**

---

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**Ted Machi & Associates**
1521 N Cooper
Ste 550
Arlington
TX 76011
Phone: (817) 335-8880
Bar Number: 24041409

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                §
   **Michael Ray Cowan**          §        CASE NO:  **05-41951-RFN-13**
                                      §
     Debtor(s)                §
                                      §

FOR CLERK'S USE ONLY

## AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT     DATED: <u>3/10/2005</u>.

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with Standing Order Number 93-1, as indicated below:

| | | |
|---|---|---|
| Periodic Payment Amount | | **$4,000.00** |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $0.00 |
| Related Expense to Trustee | $399.50 | $400.00 |
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $14.70 | $0.00 |
| **Subtotal Expenses/Fees** | **$419.20** | **$400.00** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims from First and Second Disbursements: | **$3,580.80** | **$3,600.00** |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

Total Adequate Protection Payments for Secured Creditors:     **$0.00**

**SPECIAL CLASS CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

Total Adequate Protection Payments for Special Class Creditors:     **$0.00**

Total Adequate Protection Payments:     **$0.00**

Funds Available For Debtor's Attorney First Disbursement:     **$3,580.80**
Funds Available For Debtor's Attorney Future Disbursements:     **$3,600.00**
Estimated Number of Months to Pay all Attorney Fees:     **1**

Available For Secured Creditors as Authorized Above After Debtor's Attorney Fees are Paid in Full:     **$3,600.00****

ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS WILL AUTOMATICALLY INCREASE TO PLAN PAYMENT AMOUNTS IF ATTORNEY'S FEES ARE PAID IN FULL OR $1,500.00 IS PAID AND $500.00 IS RESERVED PRIOR TO CONFIRMATION.  ANY EXCESS FUNDS WILL BE PAID TO UNDISPUTED PRIORITY AND/OR SPECIAL CLASS UNSECURED CLAIMS.

---

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Michael Ray Cowan**                    **AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT**              **Page 2**
(W)
(C#) **05-41951-RFN-13**

---

☐ **PROPOSED, AUTHORIZED, REQUESTED AND ACKNOWLEDGED BY DEBTORS:**

☐ **DEBTOR(S) DECLINE(S) AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT:**

DATED:_____

**/s/ Eric A. Maskell**
_____          _____
Attorney for Debtor(s)                             Trustee, Attorney for Trustee or Trustee's Representative

---

\*\* Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**Ted Machi & Associates**

1521 N Cooper

Ste 550

Arlington

TX 76011

Phone: (817) 335-8880

Bar Number: 24041409

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| (H) **Michael Ray Cowan** | § | CASE NO: **05-41951-RFN-13** | |
| **xxx-xx-8754** | § | | FOR CLERK'S USE ONLY |
| (W) | § | | |
| | § | | |
| Debtor(s) | § | | |

## CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")          DATED: __3/10/2005__ .

Petition was filed on____ **2/28/2005** ____.

H&W Monthly Take Home Pay: _____ **$25,200.00** __ Expenses: _____ **$21,031.70** ____ Surplus: _____ **$4,168.30** __

First payment due by:__ **4/14/2005** _____.

**PLAN PAYMENT:**   Debtor(s) to pay_____ **$4,000.00** per month for___ **59 months** _ for a total of_____ **$236,000.00**.

**ADMINISTRATIVE:**   Total debtor's attorney fees of_____ **$2,500.00** __ with _____ **$1,000.00** __ through the plan.
Outstanding filing fees of_____will be paid through the plan.
If applicable, the trustee shall collect noticing fees from the first disbursement in the amount of_____ **$14.70** ____.

**HOME MORTGAGE:** Regular mortgage payments on all liens to be "Direct" by Debtor beginning_____; arrearages to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Chase Mortgage | 617 Averett Road, Kennedale, TX 7606 | $298,363.12 | $413,200.00 | 0% | N/A | $3,086.87 (Direct) |
| Countrywide Home Loans | House and lot 3120 Westcliff Road W. | $368,840.00 | $339,300.00 | 6.99% | N/A | $2,672.03 (Direct) |
| Homeq Servicing Corporation | 101 Village Street, Kennedale, TX 7606 | $161,323.48 | $134,600.00 | 0% | N/A | $1,296.05 (Direct) |
| Land Rover Financial | 1999 Range Rover | $20,000.00 | $13,500.00 | 0% | N/A | $0.00 (Direct) |
| Select Portfolio Servicing | 617 Averett Road, Kennedale, TX 7606 | $19,764.00 | $114,836.88 | 0% | N/A | $419.67 (Direct) |

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Credit Union of Texas | Automobile lease | Assumed | No |

**PRIORITY CREDITORS:**

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|
| Internal Revenue Service | $0.00 | $76,826.00 | 0% | 1-22 | Pro-Rata |
| Ted Machi | $0.00 | $1,000.00 | 0% | | First Funds |

\* Variable Payments Scheduled.  See Pro Forma, if attached.

(H)  **Michael Ray Cowan**
(W)
(C#) **05-41951-RFN-13**

**CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")**

*Page 2*

**SPECIAL CLASS UNSECURED CREDITORS:**

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|------|--------------------------|------------------|------------------|------|-------------------------|
| | | | | | |

**GENERAL UNSECURED CREDITORS:**    Pay approximately __**100%**__.

| Name | Disputed | Contingent | Note | Amount |
|------|----------|-----------|------|--------|
| Bank One | ☐ | ☐ | | $25,042.98 |
| Cessna Finance Corporation | ☐ | ☐ | | $0.00 |
| CitiBank | ☐ | ☐ | | $17,500.00 |
| Hinson Hazelwood Student Loan | ☐ | ☐ | | $17,000.00 |
| Textron Financial Corp. | ☐ | ☐ | | $75,000.00 |

Total Unsecured Debt ---> **$134,542.98**

* Variable Payments Scheduled.  See Pro Forma, if attached.