US BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 20, 2006**                                          United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL RAY COWAN, | § | CASE NO. 05-41951-RFN-13 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

### ORDER DISMISSING BANKRUPTCY CASE WITHOUT PREJUDICE

CAME ON FOR HEARING on the 16th day of October, 2006, the *Motion of Textron Financial Corporation to Dismiss Chapter 13 Case for Ineligibility*, filed by Textron Financial Corporation. Having considered the evidence, applicable law, and arguments of counsel, and for the reasons stated on the record of said hearing, it is hereby:

**ORDERED** that this bankruptcy case be and hereby is **DISMISSED** without prejudice.

### # # #   END OF ORDER   # # #

---