**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY
### COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **IN RE:** | **CASE NUMBER: 05-41951-RFN** |
| **MICHAEL RAY COWAN**<br>**617 AVERETT RD**<br>**KENNEDALE, TX  76060** | **CHAPTER 13** |
| | **JUDGE RUSSELL F NELMS** |
| **a/k/a** | **DATE: 01/31/2007** |
| **DEBTOR** | |

### TRUSTEE'S FINAL REPORT AND ACCOUNT
### AND NOTICE OF TIME TO OBJECT

Tim Truman, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

| | | | Total Paid (P&I) |
|---|---|---|---|
| Debtor Discharged: | | Secured: | $0.00 |
| Case Filed: | 02/28/2005 | Priority: | $0.00 |
| Plan Confirmed: | 01/01/1900 | *Unsecured: | $0.00 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

MICHAEL RAY COWAN, 05-41951-RFN

The case was (D) DISMISSED PRIOR TO CONFIRMATION on 10/20/2006.

**TOTAL RECEIPTS by**                     **$69,175.00**

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---:|
| Debtor Attorney Fee Paid By Trustee to TED MACHI: | $0.00 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $0.00 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $0.00 |
| Notice Fee Paid: | $0.00 |
| Clerk's Fee Paid: | $0.00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $0.00 |

**REFUNDS PAID TO DEBTOR:**                     **$69,175.00**

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| BAXTER & SCHWARTZ PC | | Not Filed | $0.00 | $0.00 |
| BAXTER & SCHWARTZ PC | | Not Filed | $0.00 | $0.00 |
| BAXTER & SCHWARTZ PC | | Not Filed | $0.00 | $0.00 |
| BMW BANK OF NORTH AMERICA<br>1000107304 | 99 RANGE ROVER/LATE | Direct | $0.00 | $0.00 |
| CHASE HOME FINANCE LLC<br>3141036704 | ESCROW SHORTAGE/OBJ | $4,645.94 | $0.00 | $0.00 |
| CHASE HOME FINANCE LLC<br>31410637104 | 1ST LIEN/HOME/OBJ | Direct | $0.00 | $0.00 |
| CHASE HOME FINANCE LLC<br>3141063704 | HOME/ARREAR/POST-PET | $15,043.92 | $0.00 | $0.00 |
| COUNTRYWIDE<br>6561 | 1ST LN/WESTCLIFF | Direct | $0.00 | $0.00 |
| HOMEQ SERVICING CORPORATION<br>43071391005 | 1ST LIEN/101 VILLAGE | Direct | $0.00 | $0.00 |
| HOMEQ SERVICING CORPORATION<br>4125 | 2ND LIEN/101 VILLAGE | Direct | $0.00 | $0.00 |

Final Report and Account/05-41951-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| HSBC MORTGAGE CORP<br>5839665 | 3120 WESTCLIFF/LATE | $73,225.71 | $0.00 | $0.00 |
| SELECT PORTFOLIO SERVICES I<br>7968 | 2ND LIEN/HOME/LATE | Direct | $0.00 | $0.00 |
| TARRANT COUNTY TAX COLLECTO<br>TAC00150754   05 | 3120 WESTCLIFF/WDRWN | Pymt Stop | $0.00 | $0.00 |
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE<br>8754 | TAXES | $93,391.93 | $0.00 | $0.00 |
| **Unsecured** | | | | |
| HINSON HAZELWOOD LOAN<br>8754 | STUDENT LOAN/LATE | $17,000.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>8754 | PENALTY | $5,956.77 | $0.00 | $0.00 |
| JP MORGAN CHASE BANK, NA<br>100001419800543496 | BANK ONE | $25,065.14 | $0.00 | $0.00 |
| SHERMAN ACQUISITIONS<br>2753 | CITIBANK | $18,119.36 | $0.00 | $0.00 |
| TEXAS GUARANTEED STUDENT LO<br>8754G/TX HIGHER EDUC | STUDENT LOAN/LATE | $16,770.47 | $0.00 | $0.00 |
| TEXTRON FINANCIAL CORPORATI<br>2801 | | $193,631.60 | $0.00 | $0.00 |
| **Other** | | | | |
| CREDIT UNION OF TEXAS | VEHICLE | Direct | $0.00 | $0.00 |
| **Notice Only** | | | | |
| BAXTER & SCHWARTZ PC | SELECT PORTFOLIO SER | Not Filed | $0.00 | $0.00 |
| BRICE VANDER LINDEN & WERNI | HOMEQ SERVICING CORP | Not Filed | $0.00 | $0.00 |
| CESSNA FINANCE CORPORATION<br>2801 | | Not Filed | $0.00 | $0.00 |
| CESSNA FINANCE CORPORATION | | Not Filed | $0.00 | $0.00 |
| JP PRECINCT NO 3 | ZANE HILGER | Not Filed | $0.00 | $0.00 |
| LINEBARGER HEARD GOGGAN ET | | Not Filed | $0.00 | $0.00 |
| LINEBARGER HEARD GOGGAN ET | TARRANT COUNTY | Not Filed | $0.00 | $0.00 |
| MANN & STEVENS PC | HOMEQ SERVICING CORP | Not Filed | $0.00 | $0.00 |
| MILLER & CLARK | HOMEQ SERVICING CORP | Not Filed | $0.00 | $0.00 |

Final Report and Account/05-41951-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Notice Only** | | | | |
| STEEN & STEEN/MCLEAN & SANDE | | Not Filed | $0.00 | $0.00 |
| TARRANT COUNTY TAX COLLECTO | | Not Filed | $0.00 | $0.00 |
| TARRANT COUNTY TAX COLLECTO | | Not Filed | $0.00 | $0.00 |

MICHAEL RAY COWAN, 05-41951-RFN

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above cases, closes the case, and grants such other relief as may be just and proper.

/s/ Tim Truman

Standing Chapter 13 Trustee